| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348)<br>Acting United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | BRIGID S. MARTIN (CABN 231705)<br>Assistant United States Attorney |
| 5 |     1301 Clay Street, Suite 340S<br>    Oakland, California 94612 |
| 6 |     Telephone: (510) 637-3680<br>    FAX: (510) 637-3724 |
| 7 |     brigid.martin@usdoj.gov |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CORNELL WILLIAM MAXEY, JR.,<br><br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | NOS. CR 18-0025 YGR<br>       CR 10-0659 YGR<br><br>STIPULATED REQUEST TO RESET SENTENCING HEARINGS TO SEPTEMBER 6, 2018 AND ORDER |

This case is currently set for sentencing before this Court on July 19, 2018, at 2:00 p.m. The defendant and defense counsel request that the Court reset the sentencing and disposition hearings in these matters to accommodate defense counsel's schedule and need for additional time to meet with the defendant and probation office and gather the necessary materials to advocate for the defendant at sentencing. The United States and Probation Officer agree that it would be appropriate to reset the hearing to **September 6, 2018**, and are available on that date.

//

Stip. Request and [Prop.] Order
CR 18-0025 YGR/CR 10-0659 YGR

The parties therefore request that the sentencing hearing in CR 18-0025 YGR, and the disposition on revocation of supervised release hearing in CR 10-0659 YGR, both be reset from July 19, 2018, to **September 6, 2018, at 2:00 p.m.**

Respectfully submitted,

Dated: June 13, 2018 /s/ Brigid Martin
BRIGID S. MARTIN
Assistant United States Attorney

Dated: June 13, 2018 /s/ Joyce Leavitt
JOYCE LEAVITT
Attorney for Defendant

Stip. Request and [Prop.] Order
CR 18-0025 YGR/CR 10-0659 YGR

ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    brigid.martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> CORNELL WILLIAM MAXEY, JR. <br>     Defendant. | NOS. CR 18-0025 YGR <br>       CR 10-0659 YGR <br><br> [PROPOSED] ORDER RESETTING SENTENCING HEARINGS TO **SEPTEMBER 6, 2018** |

Based on the parties' stipulated request that the captioned matters be reset for sentencing on August 16, 2018, and for good cause shown, IT IS HEREBY ORDERED that the sentencing hearing in case CR 18-0025 YGR, and the disposition and revocation in case CR 10-0659 YGR, both currently scheduled on July 19, 2018, are VACATED, and the matters are RESET for sentencing and disposition hearings on **September 6, 2018, at 2:00 p.m.**

DATED: June 14, 2018

                                              HON. YVONNE GONZALEZ ROGERS
                                                 United States District Judge