UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CORNELL WILLIAM MAXEY,<br><br>　　　Defendant. | CASE NO. CR 18-0025 YGR<br><br>[~~PROPOSED~~] FINAL ORDER OF FORFEITURE |

On July 25, 2019, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

a) One Glock, Model 27, .40 caliber semiautomatic firearm, serial number DVM328; and

b) Fifteen (15) rounds of ammunition found therein,

pursuant to Title 18, United States Code, Section 924(d) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States pursuant to Title 18, United States Code, Section 924(d) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: November 25, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge